NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
PATRICK E. STOCKALPER, SBN 156954
HARLAN N. PETOYAN, SBN 272429
REBACK, MCANDREWS, KJAR, WARFORD,
  STOCKALPER & MOORE, LLP
1230 Rosecrans Avenue, Suite 450
Manhattan Beach, California 90266
Telephone: (310) 297-9900
Facsimile: (310) 297-9800

ATTORNEY(S) FOR: Defendants KARL STOR ENDOSCOPY ET AL.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE MURPHY, an Individual; and LISA M. MISKELLA, an Individual<br><br>Plaintiff(s),<br>v.<br>KARL STORZ ENDOSCOPY-AMERICA, INC., a California Corporation; KARL STORZ ENDOVISION, INC., a Massachusetts Corp., et al.<br>Defendant(s) | CASE NUMBER: 2:15-cv-6303<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Defendants _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC., a California Corporation; | Defendant |
| KARL STORZ ENDOVISION, INC., a Massachusetts Corporation; | Defendant |
| KARL STORZ GMGH & CO. KG, A Business Entity Form Unknown; and | Defendant |

August 19, 2015              Harlan N. Petoyan  / S /
Date                         Signature

Attorney of record for (or name of party appearing in pro per):

Karl Storz Endoscopy-America, Inc. and Karl Storz Endovision

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES

PROOF OF SERVICE -- §1013a CODE OF CIVIL PROCEDURE,
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 1230 Rosecrans Avenue, Suite 450, Manhattan Beach, California 90266.

On **August 19, 2015** I served the foregoing document described as:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

XX  **By Mail**  I caused such envelope to be deposited in the mail at Manhattan Beach, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

**By Facsimile** by facsimile machine, which facsimile machine's fax number is 310-297-9800, to the following facsimile numbers of the interested parties listed herein as follows. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and the transmission was reported as complete and without error. Pursuant to Rule 2008(e)(4), a copy of the transmission report, properly issued by the transmitting facsimile machine, is attached to this proof of service.

**By Express Mail** I caused such envelope to be deposited in the mail at Manhattan Beach, California. The envelope was mailed with Express Mail postage thereon fully prepaid.

**By Overnight Delivery** I caused such envelope to be sent via overnight delivery service. The envelope was deposited in or with a facility regularly maintained by the express service carrier with delivery fees paid or provided for.

XX  **State**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 19, 2015**, at Manhattan Beach, California.

_____/ S /_____
Kathleen Slevcove

1

# SERVICE LIST

## Sylvia A. O'Neil, et al. v. Karl Storz Endoscopy-America, Inc.
LASC Case No.: BC581718
Our File No: 348-3

| | |
|---|---|
| Paul Kiesel, Esq.<br>Helen Zukin, Esq.<br>Steven D. Archer, Esq.<br>Mariana Aroditis, Esq.<br>KIESEL LAW LLP<br>8648 Wilshire Blvd.<br>Beverly Hills, CA 90211-2910<br>T: (310) 854-4444<br>F: (310) 854-0812 | Attorneys for Plaintiffs,<br>**SYLVIA A. O'NEIL, as Surviving Daughter of ROSINE HERNANDEZ, Deceased, and as Executor of the Estate of ROSINE HERNANDEZ, Deceased, VERONICA O. HERNANDEZ, as Surviving Daughter of ROSINE HERNANDEZ, Deceased.** |
| Sean P. Tracey, Esq.<br>Rebecca B. King, Esq.<br>Andy Rubenstein, Esq.<br>TRACEY & FOX<br>440 Louisiana, Suite 1901<br>Houston, Texas 77002<br>T: (713) 495-2333<br>F: (866) 709-2333 | Attorneys for Plaintiffs,<br>**SYLVIA A. O'NEIL, as Surviving Daughter of ROSINE HERNANDEZ, Deceased, and as Executor of the Estate of ROSINE HERNANDEZ, Deceased, VERONICA O. HERNANDEZ, as Surviving Daughter of ROSINE HERNANDEZ, Deceased** |